Hearing Schedule:
Date: July 12, 2017
Time: 9:00 a.m.
Location: Portland, ME
Objection date: June 30, 2017

UNITED STATES BANKRUPTCY COURT
District of Maine

In re:

**Amy K. Cooney**
       Debtor

Chapter 13
Case No. 16-20167

# **MOTION TO BORROW AND REQUEST TO LIMIT NOTICE**

NOW COMES the Debtor, Amy Cooney (hereinafter the "Debtor") by and through counsel, and requests that this Court grant this motion to borrow up to $15,000.00 from a 401(k).  In support thereof, Debtor asserts as follows:

I.    In her petition, Debtor valued her 401(k) plan at approximately $73,118.90, 100% of which has been claimed as exempt.

II.    Debtor needs to have the roof replaced on her home.  Debtor experienced a fire which caused extensive damage to the home.  The insurance is paying for most of the repairs but not for the roof replacement.  Debtor feels it is better and cheaper to have all the work done together, rather than to postpone some of the work until after the bankruptcy.  She has been told that she can borrow $15,000 at an interest rate of 5% over a 5 year period, that will result in monthly payments of approximately $283.00.

III.    Debtor is confident that she will be able to make the loan payments.  Granting of this motion will not affect any creditor or Debtor's ability to successfully complete his plan.

WHEREFORE, the Debtor respectfully requests that this Honorable Court allow Debtor to borrow $15,000.00 from her 401(k) plan and to limit notice to those parties who have requested electronic notice, together with such other relief as this Court finds just and reasonable.

Dated: May 30, 2017                    /s/ Karen JM Mitchell
                                             Karen JM Mitchell, Esq.  Bar 7824
                                             Attorney for Debtor
                                             733 Roosevelt Trail
                                             Windham, ME 04062
                                             Tel. (207) 858-5270

Dated:  May 30 , 2017               /s/ Amy Cooney
                                             Amy Cooney